■ RICHARD PEREZ, Appellant, v JOAN PEREZ, Respondent. JOAN PEREZ, Respondent, v RICHARD PEREZ, Appellant. — In a matrimonial action, the husband appeals from an order of the Supreme Court, Westchester County (Buell, J.), entered November 18, 1982, which granted the wife's application

for an upward modification of the support and maintenance provisions in the parties' judgment of divorce to the extent that it directed that a hearing shall be held to determine the issues raised by the papers. ¶ Appeal dismissed, *sua sponte*, without costs or disbursements. ¶ An order directing a judicial hearing to aid in the disposition of a motion does not affect a substantial right (see CPLR 5701, subd [a], par 2, cl [v]), and is therefore not appealable as of right (see *Warner v Warner*, 88 AD2d 639; *Sklarin v Sklarin*, 86 AD2d 606; *Bagdy v Progresso Foods Corp.*, 86 AD2d 589). The instant appeal is therefore dismissed. Any party aggrieved by the order entered subsequent to the hearing may take an appeal (see *Warner v Warner, supra; Sklarin v Sklarin, supra*). Mollen, P. J., Titone, Lazer and Mangano, JJ., concur.